# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:16-cr-00155 KGB**

**CYRIL FRITCH**                                                                                                **DEFENDANT**

## ORDER

Defendant Cyril Fritch has filed a *pro se* motion for early termination of his term of supervised release (Dkt. No. 3). The Court directs the Clerk to send a copy of the motion, along with a copy of this Order, to Michael Gordon, Chief of the Criminal Division for the United States Attorney's Office. The United States must respond to the motion, after conferring with the probation office, within 14 days from the entry of this Order.

It is so ordered this 27th day of February, 2020.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge