IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:16-CR-00155 KGB |
| | ) | |
| CYRIL FRITCH | ) | |

## MOTION TO SUBSTITUTE

Alexander D. Morgan, Assistant United States Attorney, hereby requests he be substituted as counsel for the United States, replacing John Ray White, Assistant U.S. Attorney, in the above captioned matter.

Respectfully submitted,

CODY HILAND
United States Attorney

_____
ALEXANDER D. MORGAN
Assistant United States Attorney
Bar Number 0390930
P.O. Box 1229
Little Rock, AR 72203
(501)340-2600
alex.morgan@usdoj.gov