IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

v.                            **Case No. 4:16-cr-00155 KGB**

**CYRIL FRITCH**                                                                            **DEFENDANT**

## ORDER

     Defendant Cyril Fritch has filed a second *pro se* motion for early termination of his term of supervised release (Dkt. No. 14). The Court directs the Clerk to send a copy of the motion, along with a copy of this Order, to Michael Gordon, Chief of the Criminal Division for the United States Attorney's Office. The United States must respond to the motion, after conferring with the probation office, within 14 days from the entry of this Order.

     It is so ordered this 8th day of March 2022.

                                                                                         _____
                                                                                         Kristine G. Baker
                                                                                         United States District Judge